# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TANEISHA BROOKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action Number |
| **v.** ) | **2:21-cv-01276-AKK** |
| ) | |
| **PORTFOLIO RECOVERY** ) | |
| **ASSOCIATES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## **ORDER**

This case involves, in part, claims under the Fair Labor Standards Act brought by Taneisha Brooks against Portfolio Recovery Associates, LLC. Doc. 1. The parties have reached an agreement to resolve all claims in this case, which also includes claims under the Family and Medical Leave Act, and now move jointly for approval of the FLSA release and settlement agreement. Doc. 13.

Following an examination of the pleadings and terms of the settlement agreement, this court finds that a bona fide dispute of both law and fact is involved in this litigation, including, but not limited to, issues of liability, and the amount of unpaid wages due, if any. Having reviewed the terms of the settlement agreed upon by the parties, this court finds that the settlement terms proposed by the parties are fair and equitable to all involved and that their agreement is a fair and reasonable

resolution of this bona fide dispute.  Therefore, the joint motion to approve the release and settlement, doc. 13, is **GRANTED**, and the parties are hereby ordered to finalize the settlement through the exchange of consideration.  Based upon this resolution by the parties, all claims Brooks has or may have arising out of or relating to this lawsuit, including, but not limited to any claims under the FLSA for wages, overtime, liquidated damages, attorney's fees, costs, expenses or other relief, award, or damages are hereby resolved and **DISMISSED WITHOUT PREJUDICE**.  The parties are **ORDERED** to file a stipulation of dismissal with prejudice by **April 1, 2022**.  The court will retain jurisdiction over the parties until that time for purposes of enforcing the settlement agreement.  After that date, this matter will be deemed dismissed with prejudice.

    **DONE** the 11th day of March, 2022.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE