# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **TANEISHA BROOKS,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) **Case No.: 2:21-cv-1276-AKK** |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | ) ) ) ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Fed.R.Civ.P. Rule 41, the parties jointly stipulate to dismissal of this action with prejudice, with each party to bear its own attorney's fees, costs and expenses.

DATED: March 21, 2022

SHARON N. HARRIS, CLERK

By: <u>Karen Humphrey</u>
Deputy Clerk